IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE, II,  )<br>  )<br>   Plaintiffs,  )<br>v.   )<br>  )<br>CITY OF AUBURN, ALABAMA, *et al.*,  )<br>  )<br>   Defendants.  ) | CASE NO. 3:06-cv-1014-MEF |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 16th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE