IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

RECEIVED

2006 NOV 27  A 10: 14

...RA P. HACKET...
...S. DISTRICT CO...
MIDDLE DISTRICT / L...

| | |
|---|---|
| WILLIAM S. MCLAURINE, II ) <br> plaintiff, pro se ) <br> ) <br> v. ) <br> ) <br> the CITY OF AUBURN, ALABAMA ) <br> unnamed police DISPATCHER ) <br> deputy director BENJAMIN WALKER ) <br> Officer LAVARRO BEAN ) <br> Lieutenant MATTHEWS ) <br> Lieutenant KEITH HOWELL ) <br> Chief FRANK DEGRAFFENRIED ) <br> DAVID WATKINS ) <br> director "BILL" JAMES ) <br> City Manager CHARLES DUGGAN ) <br> ) | CIVIL ACTION NO. 3:06cv1014-MEF <br><br> **DEMAND FOR JURY TRIAL** |

### MOTION TO AMEND DOCUMENTS AND REQUEST RECONSIDERATION

The Plaintiff has filed an AMENDED COMPLAINT in response to the ORDER of November 16, 2006, in this matter. This MOTION requests that due to various changed conditions and an error made by the Plaintiff, the the following changes be made to recognize those conditions.

The Plaintiff MOVES that in the MOTION TO PROCEED *IN FORMA* PAUPERIS, all references to the Prosecution, but not the Conviction, of the Plaintiff, be striken, as the complaint does not properly recognize the facts of this matter at this time. The Plaintiff reserves the right to reenter those facts as neccesary at a later time.

The Plaintiff MOVES that in the MOTION TO PROCEED *IN FORMA* PAUPERIS the amount of fines and fees due, on or about December 21, 2006 be changed to $500.00 from $750.00. To recognize a changed condition.

The Plantiff MOVES that the APPLICATION TO PROCEED WITHOUT PREPAYMENT AND AFFIDAVIT changed by striking the statements of section 2.a. and replacing them with the following statements: "The Plaintiff is a salaried employee who is paid every other friday. The Plaintiff's employer is Mid South Restaurant, Inc. The Plaintiff's is employed at 346 West Magnolia, Auburn, Alabama. The Mailing address for confirmation of employement is 9378 Arlington Expressway #511, Jackonsville, FL 32225. The Plaintiff takes home approximately $623.91 every paycheck. The Plaintiff has a 36.85 health insurance premium and a $9.69 prepaid legal insurance premium deducted from his paycheck." As GROUNDS for this change, the Plaintiff appoligizes to the court for the Plaintiff's error in not following the directions of the application.

    The Plantiff MOVES that the APPLICATION TO PROCEED WITHOUT PREPAYMENT AND AFFIDAVIT changed by striking the statements of section 4 and replacing them with the following statements: "$60.40 in cash and $279.05 in a checking account for a total of $339.45." To reflect a changed condition.

    On the specific matter of the MOTION TO APPOINT COUNSEL for the Plaintiff, the the Plaintiff MOVES the this Honorable Court RECONSIDER the MOTION to appoint counsel for the Plaintiff on the GROUNDS that the COMPLAINT and other documents have been amended properly, allowing for such reconsideration.

I declare under penalty of perjury that the above information is true and correct.

DATE: 11-24-06

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175