IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:06CV1014-MEF |
| | )                  (WO) |
| CITY OF AUBURN, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that plaintiff's motion to amend documents (Doc. # 6) is GRANTED.

It is further ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is GRANTED.

Additionally, upon consideration of the allegations of plaintiff's amended complaint, it is

ORDERED that plaintiff's motion for reconsideration (Doc. # 6) of the order denying appointment of counsel is DENIED. The facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the complaint filed in this case establishes that the plaintiff is capable of representing himself before this court. The court concludes that there are no exceptional circumstances justifying appointment of counsel. See Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993); see also Fowler v. Jones, 899 F.2d 1088, 1096 (11th Cir. 1990).

DONE, this 29th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE