AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:06cv1014-MEF

TO: (Name and address of Defendant)

Director Bill James
141 Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                             11/29/06
_____        _____
CLERK                                                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv1014-MEF

TO: (Name and address of Defendant)

Chief Frank Degraffenried
141 Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 11/29/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv1014-MEF

TO: (Name and address of Defendant)

Lt. Keith Howell
141 Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  11/29/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv1014-MEF

TO: (Name and address of Defendant)

Lt. Matthews
141 Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    11/29/06
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv1014-MEF

TO: (Name and address of Defendant)

Officer Lavarro Bean
141 Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  11/29/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:06cv1014-MEF

TO: (Name and address of Defendant)

Benjamin Walker
141 Ross Street
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____ _. Hackett_____          __11/29/06__
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv1014-MEF

TO: (Name and address of Defendant)

David Watkins
144 Tichenor Avenue, Suite 1
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK _(signature)_

(By) DEPUTY CLERK

DATE 11/29/06

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

William S. McLaurine, II
Plaintiff
V.

City of Auburn, AL et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:06cv1014-MEF

TO: (Name and address of Defendant)

Charles Duggan, City Manager
144 Tichenor Avenue, Suite 1
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                              11/29/06
CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William S. McLaurine, II
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

City of Auburn, AL et al

CASE NUMBER:  3:06cv1014-MEF

TO: (Name and address of Defendant)

City of Auburn, AL
144 Tichenor Avenue, Suite 1
Auburn, AL 36830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE  11/29/06

(By) DEPUTY CLERK