**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Auburn, AL
144 Tichenor Avenue
Suite 1
Auburn, AL 36830

2. Arti    7005 1820 0002 3465 0948

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery    11/30/06

C. Signature
X  Alhedia Hass
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:06CV1014
Std cand cmp    20

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt

July 1999

102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Charles Duggan
   City Manager
   144 Tichenor Avenue, Suite 1
   Auburn, AL 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Nathalie Nino*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 30/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   3:06cv1014
   5. 44 and sing

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0000 0581 2005

PS Form 3811, February 2004   Domestic Return Receipt