IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

RECEIVED
2006 DEC 15  A 9: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## MOTION FOR APPOINTMENT OF COUNSEL FOR PLAINTIFF BASED ON NEW EXTENUATING CIRUMSTANCES

In a previous ORDER this court refused to grant a reconsideration for a MOTION to APPOINT COUNSEL. From the wording of the order it was unclear whether the reconsideration was denied or the motion was denied. It was clear that the court did not consider itself in possesion of facts necessary to appoint counsel. The attatched BRIEF AND AFFIDAVIT IN SUPPORT OF APPOINTMENT OF COUNSEL is to help provide clarifications to the plaintiff's position on the facts and law concerning whether COUNSEL should be APPOINTED for the plaintiff.

The reasons for need for COUNSEL for the Plaintiff is manifold. The BRIEF AND AFFIDAVIT IN SUPPORT OF APPOINTMENT OF COUNSEL has an itemized list of GROUNDS for the APPOINTMENT OF COUNSEL for the Plaintiff. The Plaintiff requests that this court consider each point as an inidividual GROUND, the list of GROUNDS of collectively, and the list of GROUNDS in relation to each other in all possible combinations.

I declare under penalty of perjury that the above information is true and correct.

DATE: ___December 14, 2006___            _____
                                          William S. McLaurine, II
                                          222 Tichenor Avenue #4
                                          Auburn, Alabama 36830