IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV1014-MEF |
| ) | (WO) |
| CITY OF AUBURN, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that plaintiff's motion for appointment of counsel based on new circumstances (Doc. # 12) is DENIED. There are no exceptional circumstances justifying appointment of counsel. See Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993); see also Fowler v. Jones, 899 F.2d 1088, 1096 (11th Cir. 1990).[1]

DONE, this 19th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff's medical condition precludes his meeting any specific deadline in this action, he may request an extension of the deadline at that time.