IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

William S. McLaurine, II             )
                                 )
      Plaintiff,            )
                                 )
v.                            )
                               )     3:06-cv-1014-MEF
CITY OF AUBURN, ALABAMA,   )
et al.                          )
      Defendants.            )

## <u>NOTICE OF APPEARANCE AND</u>

## <u>MOTION FOR ENLARGEMENT OF TIME TO RESPOND</u>

COMES NOW the undersigned and herewith enters his notice of appearance as attorney of record for the City of Auburn, Alabama, Benjamin Walker, Officer Lavarro Bean, Lieutenant Matthews, Lieutenant Keith Howell, Chief Frank DeGraffenried, David Watkins, "Bill" James, and Charles Duggan, the named Defendants in the Amended Complaint.  The undersigned has only recently received the Amended Complaint and is in need of additional time in which to respond to said Amended Complaint.   Defendant requests an enlargement of time of fifteen (15) days or until January 4, 2007,  without waiving any defenses, including Rule 12(b) *F.R.C.P.* defenses, in which to respond to plaintiff's Amended Complaint.  Defendants submits the requested enlargement of time is short in nature, will not prejudice plaintiff nor delay the trial and will allow Defendant adequate time to prepare an appropriate response.

/s/ *Randall Morgan*

RANDALL MORGAN [MOR037]
Attorney for Defendants
City of Auburn, Alabama, Benjamin
Walker, Officer Lavarro Bean, Lieutenant
Matthews, Lieutenant Keith Howell, Chief
Frank DeGraffenried, David Watkins, "Bill"
James, and Charles Duggan


## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of December, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, Alabama 36830


/s/ *Randall Morgan*

OF COUNSEL