IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| William S. McLaurine, II ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 3:06-cv-1014-MEF |
| CITY OF AUBURN, ALABAMA, ) | |
| et al. ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE AND

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND

COMES NOW the undersigned and herewith enters his notice of appearance as attorney of record for the City of Auburn, Alabama, Benjamin Walker, Officer Lavarro Bean, Lieutenant Matthews, Lieutenant Keith Howell, Chief Frank DeGraffenried, David Watkins, "Bill" James, and Charles Duggan, the named Defendants in the Amended Complaint. The undersigned has only recently received the Amended Complaint and is in need of additional time in which to respond to said Amended Complaint. Defendant requests an enlargement of time of fifteen (15) days or until January 4, 2007, without waiving any defenses, including Rule 12(b) *F.R.C.P.* defenses, in which to respond to plaintiff's Amended Complaint. Defendants submits the requested enlargement of time is short in nature, will not prejudice plaintiff nor delay the trial and will allow Defendant adequate time to prepare an appropriate response.

**MOTION GRANTED**

THIS 20th DAY OF December, 20 06

_____
UNITED STATES MAGISTRATE JUDGE