IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM S. MCLAURINE, II | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv1014-MEF |
| | ) | |
| CITY OF AUBURN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of defendants' motion to dismiss (Doc. # 19), filed January 4, 2007, and for good cause, it is

ORDERED that plaintiff is DIRECTED to file a response to the motion on or before January 30, 2007.

Done, this 9th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE