IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv1014-MEF |
| | ) |
| CITY OF AUBURN, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is hereby ORDERED that the above-referenced case be set for a scheduling conference on February 1, 2007 at 3:30 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done, this 9th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE