**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

January 9, 2007

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   McLaurine v. City of Auburn et al

Case No.:   3:06cv1014-MEF
              Document 20 Order

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for document #20.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM S. MCLAURINE, II | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv1014-MEF |
| | ) | |
| CITY OF AUBURN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of defendants' motion to dismiss (Doc. # 19), filed January 4, 2007, and for good cause, it is

ORDERED that plaintiff is DIRECTED to file a response to the motion on or before January 30, 2007.

Done, this 9th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE