**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
William McLaurihe    1-1-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3:06CV 1014
order # 20 + 21

1. Article Addressed to:

William S McLaurine, II
222 Tichenor Ave
Apt #4
Auburn, AL 36830

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
7005 1820 0002 3465 1044

102595-02-M-1540

Domestic Return Receipt