IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV1014-MEF |
| ) | (WO) |
| CITY OF AUBURN, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Absent an order of the court, the Federal Rules of Civil Procedure do not call for or allow a reply to an answer. Fed. R. Civ. P. 7(a). No such reply is necessary in this case. Accordingly, it is

ORDERED that the Clerk is DIRECTED to strike plaintiff's "reply to answer" (Doc. # 24) from the record.

It is further ORDERED that plaintiff's first motion for corrective action (Doc. # 25) is GRANTED to the extent that the Clerk is DIRECTED to serve defendant David Watkins with the summons and complaint at the address provided in paragraph two of the motion. In all other respects, the motion is DENIED.[1]

DONE, this 26th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that he will have the opportunity to conduct discovery in this case as provided in the Federal Rules of Civil Procedure.