IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>    plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## SECOND MOTION FOR CORRECTIVE ACTION

    The Plaintiff William S. McLaurine, II comes before this Honorable Court with this MOTION for the following items be addressed to correct procedural and/or substantive matters.

    As noted in the REPLY TO MOTION FOR DISMISSAL item [3], the Plainitiff is requesting and adjustment to the EXTENDED COMPLAINT clarifying the liablity of Defendant Benjamin Walker. The Plaintiff MOVES THAT the EXTENED COMPLAINT be modified to include Benjamin Walker in the EXTEND COMPLAINT on count [2]. The Plaintiff also MOVES that such apportionments listed should be modified as follows: Benjamin Walker (2.5%), Chief Frank Degraffenried (15.83%), director "Bill" James (15.83%), David Watkins (15.83%) and the City of Auburn, Alabama (50%). The Plaintiff reserves the right to adjust such values later, as referenced elsewhere in other documents in this proceeding, and if such action is allowable by the this court.
    The Plainitiff also MOVES that such changes should be served on the Defendants.

I declare under penalty of perjury that the above information is true and correct.

DATE: _____January 26, 2007_____

_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

I have served the following documents:
REPLY TO MOTION TO DISMISS
SECOND MOTION FOR CORRECTIVE ACTION

upon the following by certified mail:

Randall Morgan

Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O.Box 116
Montgomery, Alabama 36101-0116

I declare under penalty of perjury that the above information is true and correct.

DATE:  January 26, 2007

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175