MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT   MONTGOMERY, ALABAMA

DATE COMMENCED:     February 1, 2007          3:28 p.m.

DATE COMPLETED:     February 1, 2007          3:39 p.m.

3:06-cv-01014-MEF-SRW McLaurine v. City of Auburn et al (MAG+)

PRO SE representing William S McLaurine, II (Plaintiff)

Randall C. Morgan representing City of Auburn, Alabama; Benjamin Walker; Lavarro Bean; Lieutenant Matthews; Keith Howell; Frank Degraffenried; David Watkins; Bill James; Charles Duggan (Defendants)

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

SCHEDULING CONFERENCE

3:28 p.m.    Court convenes.

Court's discussions regarding purpose of these proceedings.

Court's questions to plaintiff regarding retaining counsel.

Plaintiff states he is seeking counsel but cannot pay for counsel at this time.

Court directs plaintiff to advise the court if counsel is retained.

Court's discussions with plaintiff regarding if he has any training in law and directs plaintiff to look at Federal Rules of Civil Procedure.

Court discussions regarding scheduling of this case and explanations to plaintiff each deadlines to be set out in Scheduling Order and that written Order will follow:

    Dispositive motions due April 30, 2007

    Motions to amend due February 28, 2007

    All discovery completed by June 6, 2007

    Face to face settlement conference within 14 days after dispositive motions are due

    Any objections to deadlines to be filed within 14 days from the date of the Scheduling Order

3:39 p.m.    Court recessed