**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William S McLaurine, II
222 Tichenor Ave
Apt No. 4
Auburn, AL 36830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
William McLaurine

C. Date of Delivery
2-6-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:06-1014
#33 order

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3465 0030

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540