IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

RECEIVED

2007 FEB 12 A 9:49

..RA P. HACKETT..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WILLIAM S. MCLAURINE, II )<br>   plaintiff, pro se )<br> )<br>v. )<br> )<br>the CITY OF AUBURN, ALABAMA )<br>unnamed police DISPATCHER )<br>deputy director BENJAMIN WALKER )<br>Officer LAVARRO BEAN )<br>Lieutenant MATTHEWS )<br>Lieutenant KEITH HOWELL )<br>Chief FRANK DEGRAFFENRIED )<br>DAVID WATKINS )<br>director "BILL" JAMES )<br>City Manager CHARLES DUGGAN )<br> ) | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## MOTION TO EXTEND DEADLINE FOR AMENDMENT

    The Plaintiff William S. McLaurine, II comes before this Honorable Court with this MOTION TO EXTEND DEADLINE FOR AMENDMENT. The the Plaintiff has requested that the Defendant, the City of Auburn, Alabama, provide the name and address for servcie of the person identified as the "unnamed dispatcher" in the past. These requests have not been met with production of this information. This individual must be named, so that the inidividual may be served. The Plainitff maintians that the Defendant, the City of Auburn, Alabama has this information in its possession.
    The Plaintiff moves that the deadline for AMENDMENT for new defendants be extended until the Defendant, the City of Auburn, Alabama, submits this information to the court, and until that the person may be named and served as a defendant in this case.

I declare under penalty of perjury that the above information is true and correct.

DATE: _____February 9, 2007_____ _____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>    plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:06cv1014-MEF<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I have served the following document:
MOTION TO EXTEND DEADLINE FOR AMENDMENT

upon the following by certified mail:

Randall Morgan

Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O.Box 116
Montgomery, Alabama  36101-0116

I declare under penalty of perjury that the above information is true and correct.

DATE:_____February 9, 2007_____     _____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175