IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV1014-MEF |
| ) | (WO) |
| CITY OF AUBURN, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiff's motion for extension of deadline to file amendment (Doc. # 37), it is

ORDERED that the motion is GRANTED to the extent that the deadline for amended pleadings is extended to March 15, 2007.

DONE, this 13th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE