IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIAM S. McLAURINE, II,           )
                                    )
        Plaintiff,                  )
v.                                  )      CASE NO. 3:06cv1014-MEF
                                    )             (WO)
CITY OF AUBURN, ALABAMA,            )
et al.,                             )
                                    )
        Defendants.                 )

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on February 2, 2007, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that defendants' motion to dismiss

is DENIED as to the claims against defendants Duggan, Walker and the City of Auburn and

DENIED without prejudice as to plaintiff's claim against defendant Watkins.

Done this the 26th day of February, 2007.


_____
    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE