IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

RECEIVED

2007 MAR -1  A 9: 21

             P. HACKETT, CL
         U.S. DISTRICT COURT
         MIDDLE DISTRICT ALA

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN<br>Judge "JOE" S. BAILEY<br>Risk Manager D'ARCY WERNETTE<br>attorney MATTHEW WHITE<br>attorney PHIL THOMPSON<br>Judge JOHN V. DENSON, II<br>Mayor BILL HAM | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## MOTION FOR COMPULSORY DISCOVERY

The Plaintiff William S. McLaurine, II comes before this Honorable Court with this SECOND MOTION TO EXTEND DEADLINE FOR AMENDMENT. The the Plaintiff has requested that the Defendant, the City of Auburn, Alabama, provide the name and address for servcie of the person identified as the "unnamed dispatcher" in the past. These requests have not been met with production of this information. This individual must be named, so that the inidividual may be served. The Plainitff maintians that the Defendant, the City of Auburn, Alabama has this information in its possession.

The Plaintiff has moved that the deadline for AMENDMENT for new defendants be extended until the Defendant , the City of Auburn, Alabama, submits this information to the court, and until that the person may be named and served as a defendant in this case.

In a previous ORDER this court found it appropriate to extend the deadline. The Plaintiff seeks a further extension. In addition to this extension the Plaintiff MOVES that the Defendant City of Auburn, Alabama, be compelled to produce the name and address of service for the "unamed police dispatcher," who was responsible for dispatching the Police, particulalry Officer Lavarro Bean on or about the early morning hours of November 26, 2004, that led to the arrest of Plaintiff William McLaurine. Such an individual is believed to operating

1

under the supervision of defendant Benjamin Walker, and is know to be male.

I declare under penalty of perjury that the above information is true and correct.

DATE: _____February 28, 2007_____   _____/s/_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN<br>Judge "JOE" S. BAILEY<br>Risk Manager D'ARCY WERNETTE<br>attorney MATTHEW WHITE<br>attorney PHIL THOMPSON<br>Judge JOHN V. DENSON, II<br>Mayor BILL HAM | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:06cv1014-MEF<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I have served the following documents:
SECOND MOTION TO EXTEND DEADLINE FOR AMENDMENT
MOTION FOR COMPULSORY DISCOVERY

upon the following by mail:

Randall Morgan

Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O.Box 116
Montgomery, Alabama 36101-0116

I declare under penalty of perjury that the above information is true and correct.

DATE: _____February 28, 2007_____     _____/s/_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175