IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)    3:06-cv-1014-MEF<br>CITY OF AUBURN, ALABAMA, )<br>unnamed police DISPATCHER )<br>deputy director BENJAMIN WALKER, )<br>Officer LAVARRO BEAN, )<br>Lieutenant MATTHEWS, Lieutenant )<br>KEITH HOWELL, Chief FRANK )<br>DEGRAFFENRIED, DAVID WATKINS, )<br>director "BILL" JAMES, and city )<br>manager CHARLES DUGGAN, )<br>)<br>Defendants. ) | |

## DEFENDANTS' OPPOSITION
## TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

**COME NOW** the Defendants and herewith object to Plaintiff's Motion to Amend Complaint and the proposed "Extended Complaint". Defendants further request the Court grant them time to submit to the Court a further response in support of their opposition to the Plaintiff's Motion to Amend and the proposed "Extended Complaint".

                                                      /s/ *Randall Morgan*
                                          RANDALL MORGAN [MOR037]
                                          Attorney for Defendants City of Auburn, Alabama, Benjamin Walker, Officer Lavarro Bean, Lieutenant Matthews, Lieutenant Keith Howell, Chief Frank DeGraffenried, David Watkins, "Bill" James, and Charles Duggan

OF COUNSEL:
Hill, Hill, Carter, Franco, Cole
    & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600 - Telephone
(334) 263-5969 - Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 2nd day of March, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, Alabama 36830

                                /s/ *Randall Morgan*
                              OF COUNSEL