IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM S. McLAURINE II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV1014-MEF |
| | ) | |
| CITY OF AUBURN, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of plaintiff's motion to amend complaint (Doc. # 47), filed on March 12, 2007, it is

ORDERED that defendants may respond to the motion on or before March 21, 2007.

Done, this 13th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE