IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>) 3:06-cv-1014-MEF<br>CITY OF AUBURN, ALABAMA, )<br>unnamed police DISPATCHER )<br>deputy director BENJAMIN WALKER, )<br>Officer LAVARRO BEAN, )<br>Lieutenant MATTHEWS, Lieutenant )<br>KEITH HOWELL, Chief FRANK )<br>DEGRAFFENRIED, DAVID WATKINS, )<br>director "BILL" JAMES, and city )<br>manager CHARLES DUGGAN, )<br>)<br>    Defendants. ) | |

## **OBJECTION TO ADDITIONAL DEFENDANTS FOR AMENDED COMPLAINT**

Defendants object to Plaintiff's proposed amendment adding Adam Brown and Jacob Odom on the grounds the allegations are frivolous, fail to state a claim, and do not rise to the level of an alleged Constitutional deprivation.  Moreover, Plaintiff has been convicted and his conviction affirmed rendering moot any purported claims.

　　　　　　　　　　　　　　　　　　/s/  *Randall Morgan*
　　　　　　　　　　　　　　　　　　RANDALL MORGAN [MOR037]
　　　　　　　　　　　　　　　　　　Attorney for Defendants City of Auburn, Alabama, Benjamin Walker, Officer Lavarro Bean, Lieutenant Matthews, Lieutenant Keith Howell, Chief Frank DeGraffenried, David Watkins, "Bill" James, and Charles Duggan

1

OF COUNSEL:
Hill, Hill, Carter, Franco, Cole
    & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600 - Telephone
(334) 263-5969 - Facsimile


## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of March, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

William S. McLaurine, II
222 Tichenor Avenue, Apt. #4
Auburn, Alabama 36830

                                     /s/   *Randall Morgan*
                                  OF COUNSEL