IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM S. MCLAURINE, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv1014-MEF |
| | ) | WO |
| CITY OF AUBURN, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of defendants' motion to amend/correct (Doc. # 50), filed March 15, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 27th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE