IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:06cv1014-MEF<br>)<br>)  **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>) |

[Received stamp: 2007 MAR 30 A 9:37, DEBRA P. HACKETT, C., U.S. DISTRICT COURT, MIDDLE DISTRICT ALA.]

MOTION FOR SUMMARY JUDGEMENT ON COUNT 3 AND 4

     The Plaintiff MOVES for SUMMARY JUDGEMENT in Favor of the Plaintiff on Counts 3 and 4 concerning racial discrimination by Officer Lavarro Bean and the named defendants responsible for supervision and training. The Plaintiff MOVES the requested remedies listed damages of $20,000.00 in the AMENDED COMPLAINT be granted as punative damages and assigned against the defendants Officer Lavaro Bean, and The City of Auburn, Alabama as the court sees fit. The Plaintiff MOVES the declaratory and/or injuctive actions requested in the AMENDED COMPLAINT be assessed against the Defendants listed in Count 4.

     AS GROUNDS for this MOTION the plaintiff presents the following: Statements made oath by Officer Lavaro Bean found in the APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS on pages 99, 309, and 319-320. Such statements indicate a clear interjection of race and elements of national origin is into a manner in which it did not belong. The testimony also demostrates that the issue of race was raised by the Prosecutor in each instance. This demonstrates a knowledge by a legal representative of the City of Auburn, of activity that can be considered inappropriate, but acceptable as a "joke". The Plaintiff also submits the statements (see AFFIDAVIT FOR DECLARATION OF DISCOVERY number 2) as evidence of emotional effect of such racial intimidation on the Plaintiff. The Plaintiff also submits the record of the Auburn City Council on December 20, 2004 concerning defendant David Watkins interference with the right to free speech and right to petitioin for greivences on the matter of race, and the compliance of the city council with his requests as evidence of "policy" of the City of Auburn, Alabama on matters of Civil Rights. (see AFFIDAVIT FOR

1

DECLARATION OF DISCOVERY number 3)

I declare under penalty of perjury that the above information is true and correct.

DATE: _____March 29, 2007_____

_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175