IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se | )<br>)<br>) |
| v. | )<br>) |
| the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | )<br>)<br>)   CIVIL ACTION NO. 3:06cv1014-MEF<br>)<br>)   **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO APPOINT EXPERT FOR THE COURT

The Plaintiff MOVES to for the court to appoint a expert to evaluate damages to professional development, professional reputation and profesional revenues related to the Plaintiff being a profesional engineer. The Plaintiff requests that cost for such an expert should be assigned by this Court after a Judgement has been reached.

I declare under penalty of perjury that the above information is true and correct.

DATE:_____March 29, 2007_____           _/s/_____
                                          William S. McLaurine, II
                                          222 Tichenor Avenue #4
                                          Auburn, Alabama 36830
                                          (334) 524-2175

1