IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## MOTION IN LIMITING TO SUPRESS EXTRANEOUS JUDICIAL MATTERS ON PRO SE ISSUES

The Plaintiff MOVES to SUPRESS any and all mention of extraneous judicial matters. The Plaintiff asserts that this material will fall into 2 catagories.

[1]   Discuss of the quality of legal arguments made by Plaintiff as a PRO SE Plaintiff or Defendant in any other matter. The decider of fact should not be biased against the Plaintiff's currently legal argument in this case by the quality previous arguments. That this case is allowed to proceed by this court should be sufficient to demonstrate the validity of the argument based on law.

[2]   Material concerning taxes and or the garnishment of wages in the seperate matter the Plaintiff has before this court concerning parties other than the defendants in this case.

I declare under penalty of perjury that the above information is true and correct.

DATE:     March 29, 2007

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

1