IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

RECEIVED
2007 MAR 30 A 9 52

## MOTION TO PROTECT TRADE SECRETS

The Plaintiff MOVES that material deemed to be a TRADE SECRET be exempt from DISCOVERY. Such material should include specific drawings, details, methods of analysis, or other specific practices used in the process of perfoming design service related to the practice of Professional Engineering on the part of the Plaintiff, William S. McLaurine, II.

I declare under penalty of perjury that the above information is true and correct.

DATE:_____March 29, 2007_____     _____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

1