IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

RECEIVED

MAR 3 0 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

I have served the following documents:

AFFIDAVIT FOR DECLARATION OF DISCOVERY

APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS (Cover Sheet to page 198)
APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS (page 198 to page 440)

copy of ORDER allowing REHEARING

copy of ORDER denying MOTION TO STRIKE by Prosecution

MOTION TO DISPOSE OF RES JUDICATA AND/OR COLLATERAL ESTOPPAL

MOTION TO PROTECT TRADE SECRETS

MOTION TO APPOINT EXPERT FOR THE COURT

MOTION IN LIMITING TO DISPOSE OF THE ISSUE OF REASONABLE SUSPICION

MOTION TO DISPOSE OF IMMUNITIES

MOTION IN LIMITING TO SUPRESS EXTRANEOUS JUDICIAL MATTERS ON PRO SE ISSUES

1

MOTION FOR SUMMARY JUDGEMENT ON COUNT 3 AND 4

upon the following by certified mail:

Randall Morgan

Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O.Box 116
Montgomery, Alabama  36101-0116

I declare under penalty of perjury that the above information is true and correct.

DATE:  March 29, 2007

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175