IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE II, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF AUBURN, ALABAMA, et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO. 3:06CV1014-MEF<br>(WO) |

**ORDER**

Plaintiff has filed a number of motions which appear either to seek advisory rulings or to attempt to preclude presentation of certain issues by the defendants. Defendants have filed a motion for summary judgment. To the extent these issues are raised by defendants or defendants have presented evidence plaintiff considers objectionable in the pending motion, plaintiff may address the evidence and issues in his response to the motion for summary judgment. Accordingly, and for good cause, it is

ORDERED that plaintiff's "motion to dispose of immunities" (Doc. # 56), "motion in limiting to dispose of the issue of reasonable suspicion" (Doc. # 57), "motion in limiting to suppress extraneous judicial matters on pro se issues" (Doc. # 58), "motion to dispose of res judicata and/or collateral estoppel" (Doc. # 59), and "motion to protect trade secrets" (Doc. # 60) are DENIED.

Additionally, it is ORDERED that plaintiff's "motion to appoint expert for the court" (Doc. # 55) is DENIED.

DONE, this 8th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE