IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>    plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAM<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN<br>Judge "JOE" S. BAILEY<br>Risk Manager D'ARCY WERNETTE<br>attorney MATTHEW WHITE<br>attorney PHIL THOMPSON<br>Judge JOHN V. DENSON, II<br>Mayor BILL HAM<br>dispatcher ADAM BROWN<br>dispatcher JACOB ODOM | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## ADDITIONAL DEFENDANTS FOR AMENDED COMPLAINT

    The Plaintiff comes to amend the COMPLAINT and/or AMENDED COMPLAINT to include the new defendants and/or new counts related to this matter. The information for this action is provided below. The number system is intended to correlate with previous documents of COMPLAINT.

2.    Name and address of new defendants:
    ADAM BROWN is named as a new defendant. The address for this defendant is Communication Department; City of Auburn, Alabama; 141 North Ross, Auburn, Alabama, 36830.
    JACOB ODOM is named as a new defendant. The address for this defendant is Communication Department; City of Auburn, Alabama; 141 North Ross, Auburn, Alabama, 36830.

5.    Upon reponse from Randall Morgan, identifying ADAM BROWN and JACOB ODOM as the individuals resonsible for the dispatch action attributed previously to the defendant refered to as "unamed DISPATCHER" the Plaintiff asserts that these defendants, ADAM BROWN and JACOB ODOM are responsible for the actions previously attributed to the "unamed DISPATCHER."

1

2

I declare under penalty of perjury that the above information is true and correct.

DATE:    March 10, 2007

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

2