IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV1014-MEF |
| ) | |
| CITY OF AUBURN, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff's motion for leave to amend the complaint to add defendants Adam Brown and Jacob Odom (Doc. # 47), it is

ORDERED that the motion is GRANTED.[1]

DONE, this 11th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] These parties were identified by counsel for the defendants in response to plaintiff's request for the identity of the "unnamed police dispatcher." (See Doc. # 44, Exhibits B and C). Defendants object, in a conclusory manner and without citation to authority, to addition of these defendants. (Doc. # 51). If any dispositive motion is filed concerning these defendants, it must be fully briefed.