| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lucille Cooper_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): Drucille Cooper   C. Date of Delivery: 5-15-07 |
| 1. Article Addressed to:<br><br>Adam Brown<br>Communication Department<br>City of Auburn, Alabama<br>141 North Ross<br>Auburn, Alabama 36830<br><br>06cv1014 S, 1, 5, 68, & 69 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 4584 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540