| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  without Prejudice a/n/f UCC 1-207<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  William S. McLaurine II   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>William S McLaurine, II<br>222 Tichenor Ave<br>Apt No. 4<br>Auburn, AL 36830<br><br>06cv1014  67 R&R | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 4577 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540