IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>    plaintiff, pro se<br><br>v.<br><br>the CITY OF AUBURN, ALABAMA<br>unnamed police DISPATCHER<br>deputy director BENJAMIN WALKER<br>Officer LAVARRO BEAN<br>Lieutenant MATTHEWS<br>Lieutenant KEITH HOWELL<br>Chief FRANK DEGRAFFENRIED<br>DAVID WATKINS<br>director "BILL" JAMES<br>City Manager CHARLES DUGGAN | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## MOTION FOR WITHDRAWAL

    The Plaintiff, William Sandlin McLaurine, II, MOVES to WITHDRAW the COMPLAINT and all amendments as filed in this case against all defendants named or unnamed in this case. After a careful review of the law and the facts of this case, Plaintiff cannot, now and in good faith, sustain a credible case in this matter due to the deficiencies in the following seperate and several items: resources, evidence, fact, law and/or jurisdiction. This MOTION FOR WITHDRAWAL should not be construed to be an acceptance of any presumption in this case not specifically listed in this MOTION FOR WITHDRAWAL. This MOTION FOR WITHDRAWAL should not be construed to be an acceptance of any presumption and/or other prejudice in any other matter.
    The Plaintiff does assert that any statutory limitation on the jurisdiction of this court with respect to the time limit between acts defined by the COMPLAINT and the actual filing of the COMPLAINT will be the compoundment of the time elapsed before the COMPLAINT was recognized by this court and the time after this court recognizes this MOTION FOR WITHDRAWAL.
    The plaintiff reserves all rights not explicitly defined in this MOTION FOR WITHDRAWAL without prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____May 19, 2007_____

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II )<br>plaintiff, pro se )<br>)<br>v. )<br>)<br>the CITY OF AUBURN, ALABAMA )<br>unnamed police DISPATCHER )<br>deputy director BENJAMIN WALKER )<br>Officer LAVARRO BEAN )<br>Lieutenant MATTHEWS )<br>Lieutenant KEITH HOWELL )<br>Chief FRANK DEGRAFFENRIED )<br>DAVID WATKINS )<br>director "BILL" JAMES )<br>City Manager CHARLES DUGGAN )<br>) | CIVIL ACTION NO. 3:06cv1014-MEF<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

I have served the following document:

MOTION FOR WITHDRAWAL

upon the following by certified mail:

Randall Morgan

Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O.Box 116
Montgomery, Alabama  36101-0116

This document submitted with all rights reserved without prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:_____May 19, 2007_____      /s/_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175