IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM S. MCLAURINE, II,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 3:06-cv-1014-MEF |
| | * | |
| **THE CITY OF AUBURN, ALABAMA, et al.,** | * | |
| | * | |
| Defendants. | | |

**MOTION FOR EXTENSION**

COME NOW the Defendants in the above styled cause and move this Honorable Court to extend the deadline for the parties to file responses to dispositive motions from May 22, 2007 to May 29, 2007 in order that the parties may confer regarding Plaintiff's Motion to Withdraw the Complaint filed May 21, 2007.

Plaintiff has written the undersigned regarding whether the Defendants will object to the Motion to Withdraw. The letter came in response to undersigned counsel calling Plaintiff last week regarding the settlement status notice due in court today. Defendants would like the opportunity to explore the potential that the above-styled case could be dismissed by joint stipulation before expending the time and resources to file a response to Plaintiff's dispositive motion.

Respectfully submitted this 21st day of May, 2007.

     /S/ Elizabeth Brannen Carter
Randall Morgan [8350-R70R]
Elizabeth Brannen Carter [3272-C-38-E]
**HILL, HILL, CARTER, FRANCO,**
  **COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 facsimile
Rmorgan@hillhillcarter.com
Counsel for Defendant

OF COUNSEL:

**HILL, HILL, CARTER, FRANCO**
  **COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969

### CERTIFICATE OF SERVICE

     I Hereby Certify that I have this date served a true and correct copy of the foregoing *Motion for Extension on Behalf of Defendants* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system and to William S. McLaurine, II, 222 Tichenor Avenue #4, Auburn, Alabama 36830, by United States mail, postage prepaid and properly addressed on this the 21st day of May 2007.

     /S/ Elizabeth Brannen Carter
Of Counsel