IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06CV1014-MEF |
| | ) |
| CITY OF AUBURN, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of plaintiff's motion for withdrawal (Doc. # 74), which the court construes as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2), and defendants' motion for extension (Doc. # 75), it is

ORDERED that defendants may respond to the motion for voluntary dismissal on or before May 29, 2007.

It is further ORDERED that the motion for extension is GRANTED, and that the parties' deadline for responding to the pending motions for summary judgment (presently set for May 22, 2007 by order entered on May 4, 2007) is hereby extended to June 6, 2007.

DONE, this 22nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE