IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM S. McLAURINE II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV1014-MEF |
| | ) | |
| CITY OF AUBURN, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that the parties' deadline for responding to the pending motions for summary judgment (presently set for June 6, 2007) is hereby continued generally pending further order of the court.

DONE, this 31st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE