IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE, II, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-1014-MEF |
| | ) |
| CITY OF AUBURN, ALABAMA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On May 31, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is adopted.

2. That the plaintiff's motion to dismiss (Doc. #74) is GRANTED and that this action is DISMISSED without prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

DONE this the 18th day of June, 2007.

                                                                        /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE